AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern    District of    Ohio

| | | |
|---|---|---|
| BRADY MISNER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:24-cv-1282 |
| EMPIRE AUTO PROTECT, LLC, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the Opinion and Order filed 11/6/2024 - The Court grants ECF No. [7] Plaintiff Brady Misners Motion for Default Judgment. The Court SEVERS and DISIMISSES without prejudice Plaintiff Brady Misners class action allegations against Defendant Empire Auto Protect, LLC under Rule 21 of the Federal Rules of Civil Procedure. judgment for Plaintiff and against Defendant on Plaintiffs claim for violations of the Telephone Consumer Protection Act (TCPA). Mr. Misner is AWARDED $10,500.00 in damages, plus post-judgment interest at the applicable statutory rate as set forth above .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:    11/06/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk